```
___ FILED        ___ RECEIVED
___ ENTERED      ___ SERVED ON
                 COUNSEL/PARTIES OF RECORD

        MAY 1 5 2023

   CLERK US DISTRICT COURT
     DISTRICT OF NEVADA
BY:_____ DEPUTY
```

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:21-CR-181-GMN-DJA |
| Plaintiff, | **Preliminary Order of Forfeiture** |
| v. | |
| NORBERT IKWUEGBUNDO,<br>aka "David Okon Larry,"<br>aka "Ezekiel Moses Azizi," | |
| Defendant. | |

This Court finds Norbert Ikwuegbundo, aka "David Okon Larry," aka "Ezekiel Moses Azizi," pled guilty to Counts One through Four of a Four-Count Criminal Information charging him in Count One with conspiracy to commit wire fraud in violation of 18 U.S.C. §§ 1349 and 1343; in Count Two with wire fraud in violation of 18 U.S.C. § 1343; in Count Three with possession of document-making implements and authentication features in violation of 18 U.S.C. § 1028(a)(5); and in Count Four with concealment money laundering in violation of 18 U.S.C. § 1956(a)(1)(B)(i). Criminal Information, ECF No. __; Arraignment & Plea, ECF No. __; Plea Agreement, ECF No. __.

This Court finds Norbert Ikwuegbundo, aka "David Okon Larry," aka "Ezekiel Moses Azizi," agreed to the forfeiture of the property set forth in the Plea Agreement and the Forfeiture Allegation of the Criminal Information. Criminal Information, ECF No. __; Arraignment & Plea, ECF No. __; Plea Agreement, ECF No. __.

This Court finds, under Fed. R. Crim. P. 32.2(b)(1) and (b)(2), the United States of America has shown the requisite nexus between property set forth in the Plea Agreement

/ / /

and the Forfeiture Allegation of the Criminal Information and Count Three, to which Norbert Ikwuegbundo, aka "David Okon Larry," aka "Ezekiel Moses Azizi," pled guilty.

The following property is any personal property used or intended to be used to commit the violation of 18 U.S.C. § 1028(a)(5) and is subject to forfeiture under 18 U.S.C. § 1028(a)(5), 1028(b)(5), 1028(g), and 1028(h):

1. Toshiba Laptop, serial number 3C128680R;
2. HP Envy Laptop, serial number 8CG9178667;
3. Lenovo Laptop, serial number MP1KCEHQ;
4. Mac Laptop, serial number C02CR5DAML7J;
5. Cannon Printer;
6. Brother Printer;
7. Printer Ink Cartridges;
8. 2 Boxes of White Plastic Cardstock;
9. Package of Check Stock;
10. Miscellaneous Papers and CD;
11. White iPhone;
12. 2 TCL Cellphones;
13. 3 BLU Cellphones;
14. LG Cellphone;
15. Motorola Model XTT962 Cellphone;
16. Motorola Tracfone Cellphone;
17. 2 Huawei Honor Cellphone; and
18. Black iPhone

(all of which constitutes property).

This Court finds that on the government's motion, the Court may at any time enter an order of forfeiture or amend an existing order of forfeiture to include subsequently located property or substitute property under Fed. R. Crim. P. 32.2(e) and 32.2(b)(2)(C).

///

This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all possessory rights, ownership rights, and all rights, titles, and interests of Norbert Ikwuegbundo, aka "David Okon Larry," aka "Ezekiel Moses Azizi," in the aforementioned property are forfeited and are vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America shall publish for at least thirty (30) consecutive days on the official internet government forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the times under the applicable statute when a petition contesting the forfeiture must be filed, and state the name and contact information for the government attorney to be served with the petition, under Fed. R. Crim. P. 32.2(b)(6). Notice is served on any individual or entity on the date when it is placed in the mail, delivered to a commercial carrier, or sent by electronic mail under Fed. R. Crim. P. 32.2(b)(6)(D) and Supplemental Rule G4(b)(i) and (iv).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any individual or entity who claims an interest in the forfeited property must file a petition for a hearing to adjudicate the validity of the petitioner's alleged interest in the property under 21 U.S.C. § 853(n)(2), which petition shall be signed by the petitioner under penalty of perjury under 21 U.S.C. § 853(n)(3) and 28 U.S.C. § 1746, and shall set forth the nature and extent of the petitioner's right, title, or interest in the property, the time and circumstances of the petitioner's acquisition of the right, title or interest in the property, any additional facts supporting the petitioner's claim, and the relief sought.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas,

Nevada 89101, no later than thirty (30) days after the notice is sent or, if direct notice was not sent, no later than sixty (60) days after the first day of the publication on the official internet government forfeiture site, www.forfeiture.gov, whichever is earlier.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any, shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the following address at the time of filing:

> Daniel D. Hollingsworth
> Assistant United States Attorney
> Misty L. Dante
> Assistant United States Attorney
> 501 Las Vegas Boulevard South, Suite 1100
> Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency following publication of notice of seizure and intent to administratively forfeit the above-described property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record.

DATED _May 15_, 2023.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE