**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

|  |  |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                                          )<br>                       Plaintiff,        )<br>         vs.                                         )<br>                                                          )<br>NORBERT IKWUEGBUNDO,         )<br>                                                          )<br>                       Defendant.      )<br> _____)  | Case No.: 2:21-cr-00181-GMN-DJA<br><br>**ORDER** |

   Pending before the Court is the Motion to Continue Sentencing Hearing, (ECF No. 86), filed by the United States of America.  Defendant Norbert Ikwuegbundo filed a Response, (ECF No. 87).  The Government requests a 60-day continuance to locate and compile missing information necessary to complete the restitution list, which provides approximately $3.3 million for over 3,500 victims.  This is the Government's first request for a continuance of the sentencing hearing.  Ikwuegbundo contends that a continuance will delay his designation and transfer to a Bureau of Prisons facility, where he can participate in meaningful programming.

   Upon review of the Government's Motion and Ikwuegbundo's Response, the Court finds that Ikwuegbundo will not be unduly prejudiced by a 60-day continuance.  Ikwuegbundo has been in custody since August 11, 2021, and both parties are requesting that he be sentenced to 44 months.  Granting the Government's request for continuance will not exceed Ikwuegbundo's anticipated sentence.

///

///

///

///

///

1   **IT IS HEREBY ORDERED** that the sentencing hearing scheduled for August 15,
2   2023, at 10:00 a.m., shall be vacated and continued to September 29, 2023, at 11:00 a.m. in Las
3   Vegas Courtroom 7D.
4   Dated this __14__ day of August, 2023.

_____
Gloria M. Navarro, District Judge
United States District Court