

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:21-CR-181-GMN-DJA |
| Plaintiff, | **Final Order of Forfeiture** |
| v. | |
| NORBERT IKWUEGBUNDO,<br>aka "David Okon Larry,"<br>aka "Ezekiel Moses Azizi," | |
| Defendant. | |

The United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture under Fed. R. Crim. P. 32.2(b)(1) and (b)(2) and 18 U.S.C. § 1028(b)(5), 1028(g), and 1028(h) based upon the plea of guilty by Norbert Ikwuegbundo, aka "David Okon Larry," aka "Ezekiel Moses Azizi," to the criminal offenses, forfeiting the property set forth in the Plea Agreement and the Forfeiture Allegation of the Criminal Information and shown by the United States to have the requisite nexus to the offenses to which Norbert Ikwuegbundo, aka "David Okon Larry," aka "Ezekiel Moses Azizi," pled guilty. Criminal Information, ECF No. 66; Plea Agreement, ECF No. 67; Preliminary Order of Forfeiture, ECF No. 69; Arraignment & Plea, ECF No. 70.

This Court finds that on the government's motion, the Court may at any time enter an order of forfeiture or amend an existing order of forfeiture to include subsequently located property or substitute property under Fed. R. Crim. P. 32.2(e) and 32.2(b)(2)(C).

This Court finds the United States published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from May 20, 2023, through June 18, 2023, notifying all potential third parties of their right to petition the Court. Notice of Filing Proof of Publication Exhibits, ECF No. 74-1, p. 5.

1   This Court finds the United States notified known third parties by regular mail and
2   certified mail return receipt requested of their right to petition the Court. Notice of Filing
3   Service of Process – Mailing, ECF No. 75.

4   On May 30, 2023, the United States Attorney's Office served Omoniyi Johnathan
5   Omotere, c/o Mace Yampolsky, Esq., with copies of the Preliminary Order of Forfeiture
6   and the Notice through regular mail and certified mail return receipt requested. Notice of
7   Filing Service of Process – Mailing, ECF No. 75-1, p. 3, 6-13, 15-16.

8   On May 30, 2023, the United States Attorney's Office served and attempted to serve
9   Icey Cooper at zip code 89169 with copies of the Preliminary Order of Forfeiture and the
10  Notice through regular mail and certified mail return receipt requested. The status of the
11  certified mail is unknown. Neither mailing was returned. Notice of Filing Service of Process
12  – Mailing, ECF No. 75-1, p. 3, 6-13, 17-19.

13  On May 30, 2023, the United States Attorney's Office served and attempted to serve
14  Icey Cooper at zip code 89032 by regular and certified return receipt mail with the
15  Preliminary Order of Forfeiture and the Notice. The certified mail was returned unclaimed.
16  The regular mailing was not returned. Notice of Filing Service of Process – Mailing, ECF
17  No. 75-1, p. 3, 6-13, 20-21.

18  This Court finds no petition was filed herein by or on behalf of any person or entity
19  and the time for filing such petitions and claims has expired.

20  This Court finds no petitions are pending regarding the property named herein and
21  the time has expired for presenting such petitions.

22  THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that
23  all possessory rights, ownership rights, and all rights, titles, and interests in the property
24  hereinafter described are condemned, forfeited, and vested in the United States under Fed.
25  R. Crim. P. 32.2(b)(4)(A) and (b)(4)(B); Fed. R. Crim. P. 32.2(c)(2); 18 U.S.C. § 1028(b)(5),
26  1028(g), and 1028(h); and 21 U.S.C. § 853(n)(7) and shall be disposed of according to law:

27  1. Toshiba Laptop, serial number 3C128680R;
28  2. HP Envy Laptop, serial number 8CG9178667;

3. Lenovo Laptop, serial number MP1KCEHQ;
4. Mac Laptop, serial number C02CR5DAML7J;
5. Cannon Printer;
6. Brother Printer;
7. Printer Ink Cartridges;
8. 2 Boxes of White Plastic Cardstock;
9. Package of Check Stock;
10. Miscellaneous Papers and CD;
11. White iPhone;
12. 2 TCL Cellphones;
13. 3 BLU Cellphones;
14. LG Cellphone;
15. Motorola Model XTT962 Cellphone;
16. Motorola Tracfone Cellphone;
17. 2 Huawei Honor Cellphone; and
18. Black iPhone

(all of which constitutes property).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the property shall be disposed of according to law.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record.

DATED Sept 29, 2023.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE

3